UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| AIRE NATION SOLE CORPORATION, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MARK LINDSAY STEVENS, CRAIG )<br>QUANDT ADAMS, GOODMON )<br>JIMMY, ANTHONY D. GENTILE, )<br>LAUREN C. GENTILE, and SARAH )<br>CARTER STEVENS, )<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:24-CV-556-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court ADOPTS the conclusions in the M&R [D.E. 6] and DISMISSES WITHOUT PREJUDICE plaintiff's complaint for failure comply with this court's order and failure to state a claim upon which relief can be granted. The clerk shall close the case.

This Judgment filed and entered on December 7, 2024, and copies to:
Aire Nation Sole Corporation (via US Mail to 492 C. Cedar Ln, Suite 405, Teaneck, NJ 07666)

| | |
|---|---|
| December 7, 2024 | Peter A. Moore, Jr.<br>Clerk of Court |
| | By: /s/ Stephanie Mann<br>Deputy Clerk |